UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 23, 1010**

Mr. Nelson Gregory Wolff

Schlichter, Bogard & Denton

100 South Fourth Street, Suite 900

St. Louis, MO 63102

Ms. Jamie Marie Huffman Jones

Friday, Eldredge & Clark, LLP

400 West Capitol Avenue, Suite 2000

Little Rock, AR 72201-3522

      Re:    *Abernathy v. Union Pacific Railroad Company* -- 4:08-CV-04187

Dear Counsel:

Please "meet and confer" forthwith (personally or by telephone conference) with a positive view to settling the discovery dispute regarding the expert's income papers.

Do not stand on ceremony while you are meeting and conferring.

If you cannot resolve this, we will hold a telephone conference at 2:00 p.m. on Monday, March 29, 2010.

                                        Cordially,

                                        Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record