# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WINFER ABERNATHY**                                                      **PLAINTIFF**

vs.                            **4:08CV04187-WRW**

**UNION PACIFIC RAILROAD COMPANY**                          **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Compel (Doc. No. 18). Defendant informed the Court that the parties have resolved their dispute. Accordingly, Defendant's Motion is DENIED as MOOT.

IT IS SO ORDERED this 29th day of March, 2010.

                                                   /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE