# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WINFER "D.D." ABERNATHY**                                                                **PLAINTIFF**

**v.**                                           **4:08CV04187-BRW**

**UNION PACIFIC RAILROAD COMPANY**                                      **DEFENDANT**

## ORDER

Plaintiff's Motion to File Responses Out of Time (Doc. No. 90) is GRANTED.

Defendant's Motions to Strike Responses (Doc. Nos. 81, 82, 83, 86, 87, 91) for late filing are DENIED.

IT IS SO ORDERED this 30th day of March, 2011.

                                                                   /s/Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE