**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201
(501) 604-5140
Facsimile (501) 604-5149

April 19, 2011

Mr. Nelson Gregory Wolff
Schlichter, Bogard & Denton
100 South Fourth Street
Suite 900
St. Louis, MO 63102

    Re:    *Abernathy v. Union Pacific R.R. Co.*, No. 4:08CV04187-BRW

Dear Counsel:

In light of the upcoming trial date, please respond to Defendant's most recent Motion *in Limine*[1] no later than 5:00 p.m., Wednesday, April 27, 2011.

                                    Cordially,

                                    Bill Wilson

cc:    Clerk of the Court
        Other Counsel of Record

---

[1] Doc. No. 117.