# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WINFER "D.D." ABERNATHY**                                                                **PLAINTIFF**

v.                                            **4:08CV04187-BRW**

**UNION PACIFIC RAILROAD COMPANY**                                              **DEFENDANT**

## ORDER

The deadline for filing motions *in limine* will be 5:00 p.m., Wednesday, April 27, 2011.

Responses to motions *in limine* filed after the date of this Order will be due no later than 5:00 p.m., Monday, May 2, 2011.

Plaintiff is directed to respond to Defendant's most recent Motions *in Limine*[1] by 5:00 p.m., Friday, April 29, 2011. Defendant is directed to respond to Plaintiff's Motions *in Limine*[2] by 5:00 p.m., Friday, April 29, 2011.

IT IS SO ORDERED this 20th day of April, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 120, 122, 124, 126, 128.

[2] Doc. Nos. 130, 132.