IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WINFER "D.D." ABERNATHY                                                        PLAINTIFF

v.                                    4:08CV04187-BRW

UNION PACIFIC RAILROAD COMPANY                                         DEFENDANT

## ORDER

Now that the trial date has been changed to commence on Monday, August 1, 2011, Plaintiff will be permitted to call David McGee, Lance Phillips, Rodney McCoy, and Jimmy Bowman (non-disclosure being the only grounds cited to exclude these witnesses); and Defendant will be permitted to depose these witnesses.

These deposition dates should be established forthwith. If the parties cannot readily agree on deposition dates (which they should be able to do), I will set them.

Defendant's Motion to Strike Plaintiff's Supplemental Rule 26(a) Disclosures (Doc. No. 106) is DENIED.

IT IS SO ORDERED this 3rd day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE